EAST DIAMOND HEAD ASSOCIATION, A PRIVATE ORGANIZATION, ET AL., *v.* ZONING BOARD OF APPEALS OF THE CITY AND COUNTY OF HONOLULU, ET AL.

No. 4952.

MARCH 4, 1971.

RICHARDSON, C.J., ABE, LEVINSON, KOBAYASHI, JJ., AND CIRCUIT JUDGE KABUTAN IN PLACE OF MARUMOTO, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

Circuit Judge Kabutan, who dissented from the majority in the original opinion, is now deceased.

*Arthur S. K. Fong* for the petition.